# EXHIBIT C



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
Telephone (206) 624-0900
Fax (206) 386-7500
Billing Inquiries 1-800-305-8453

TO: CAROL PETRAGLIA
C/O MENAKER & HERMANN, LLP
MR. RICHARD G. MENAKER
10 EAST 40TH STREET, 43RD FLOOR
NEW YORK, NY 10016

INVOICE DATE 04/10/08

INVOICE NUMBER 3305299
JRS

Employer's Identification No. 93-0408771

0049024 PETRAGLIA, CAROL
00001 MALONE, et al. v. CLARK NUBER, P.S., et al.

### STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 03/31/08

| | |
|---|---:|
| Balance From Previous Statement | $0.00 |
| Payment(s) Received | .00 |

Current Activity:

| | | |
|---|---:|---:|
| Fees for Professional Services (see attached for detail) | $874.00 | |
| Payments To Be Applied from Trust | ( 874.00) | |
| **TOTAL CURRENT AMOUNT DUE** | | .00 |

Total Outstanding Balance as of 04/10/08        $0.00

Trust Balance Before Payments To Be Applied from Trust        $5,000.00

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 9 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

Remit payment to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204



EXHIBIT C



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
Telephone (206) 624-0900
Fax (206) 386-7500
Billing Inquiries 1-800-305-8453

| 0049024 | PETRAGLIA, CAROL | INVOICE DATE | 04/10/08 |
|---|---|---|---|
| 00001 | MALONE, et al. v. CLARK NUBER, P.S., et al. | INVOICE NUMBER | 3305299 |
| | | | JRS |

Employer's Identification No. 93-0408771

| DATE | CURRENT SERVICES THROUGH 03/31/08 | ATTY | HOURS |
|---|---|---|---|
| 03/13/08 | Review complaint; telephone conference with Dick Menaker; telephone conference with Don Mullins re Mark Wilson | JRS | .7 |
| 03/14/08 | Voicemail from Vanessa Power; telephone conference with Dick Menaker | JRS | .3 |
| 03/18/08 | Telephone conference with Dick Menaker and Vanessa Power | JRS | .3 |
| 03/19/08 | Two telephone conferences with Dick Menaker; file review; telephone call to Brian Isaacson and leave voice mail; telephone conference with Mr. Issacson | JRS | .6 |

**TOTAL CURRENT SERVICES**     **$874.00**

| TIME RECAP | HOURS | RATE |
|---|---|---|
| J. RONALD SIM (JRS) | 1.9 | 460 |
| TIMEKEEPER TOTALS | 1.9 | |



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
Telephone (206) 624-0900
Fax (206) 386-7500
Billing Inquiries 1-800-305-8453

TO: CAROL PETRAGLIA
C/O MENAKER & HERMANN, LLP
MR. RICHARD G. MENAKER
10 EAST 40TH STREET, 43RD FLOOR
NEW YORK, NY 10016

INVOICE DATE 05/12/08

INVOICE NUMBER 3310686
JRS

Employer's Identification No. 93-0408771

0049024   PETRAGLIA, CAROL
00001     MALONE, et al. v. CLARK NUBER, P.S., et al.

**STATEMENT OF SERVICES, DISBURSEMENTS, AND OTHER CHARGES THROUGH 04/30/08**

| | |
|---|---:|
| Balance From Previous Statement | $874.00 |
| Payment(s) Received | ( 874.00) |

Current Activity:

| | | |
|---|---:|---:|
| Fees for Professional Services (see attached for detail) | $4,075.00 | |
| Disbursements and Other Charges | .72 | |
| Payments To Be Applied from Trust | (4,075.72) | |
| **TOTAL CURRENT AMOUNT DUE** | | **.00** |

Total Outstanding Balance as of 05/12/08                                      $0.00

Trust Balance Before Payments To Be Applied from Trust     $4,126.00

Statements are due within 30 days after the invoice date printed on the statement. A monthly late fee equal to 9 percent per annum, commencing on the due date, will be charged on all amounts not paid within 60 days after the invoice date.

Remit payment to: Stoel Rives LLP, 900 SW Fifth Ave., Suite 2600, Portland, OR 97204



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
Telephone (206) 624-0900
Fax (206) 386-7500
Billing Inquiries 1-800-305-8453

| 0049024 | PETRAGLIA, CAROL | INVOICE DATE | 05/12/08 |
|---|---|---|---|
| 00001 | MALONE, et al. v. CLARK NUBER, P.S., et al. | INVOICE NUMBER | 3310686 |
| | | | JRS |

Employer's Identification No. 93-0408771

| DATE | CURRENT SERVICES THROUGH 04/30/08 | ATTY | HOURS |
|---|---|---|---|
| 04/01/08 | Exchange email with Dick Menaker; telephone call to Brian Isaacson | JRS | .2 |
| 04/03/08 | Draft letter to Brian Isaacson; email to Dick Menaker; letter to Mr. Isaacson | JRS | .8 |
| 04/04/08 | Review and comment on proposed settlement agreement; telephone conference with Dick Menaker | JRS | .4 |
| 04/07/08 | Review amended complaint and relevant correspondence re potential settlement | VSP | .5 |
| 04/07/08 | Email to Vanessa Power re preparing motion to strike; review proposed settlement agreement; email to Dick Menaker | JRS | .3 |
| 04/08/08 | Review updated emails re status; legal research re deceased defendant | VSP | .5 |
| 04/10/08 | Telephone conference with Richard Menicker re case strategy and preparation of declarations in support of motion to strike; conference with Ron Sim re same; begin drafting motion to strike; legal research re same | VSP | 1.8 |
| 04/10/08 | Conference with Vanessa Power re strategy | JRS | .2 |
| 04/14/08 | Review draft declaration of Allison Pierre | VSP | .3 |
| 04/15/08 | Review draft declarations of Allison Pierre and Carol Petraglia; prepare correspondence to Allison Pierre re same | VSP | .6 |
| 04/16/08 | Complete draft motion to strike declaration of service; prepare correspondence to Ronald Sim re same | VSP | 1.4 |
| 04/17/08 | Prepare revisions to motion to strike declaration of service; conference with Ronald Sim re same; prepare correspondence to Richard Menaker and Allison Pierre re same | VSP | .4 |
| 04/17/08 | Review and revise draft motion to strike; conference with Vanessa Power | JRS | .5 |
| 04/18/08 | Telephone conference with Richard Menaker re draft motion to strike declaration of service; prepare revisions re same; prepare correspondence to Richard Menaker re same | VSP | .7 |
| 04/18/08 | Review and revise motion; finalize declaration | JRS | .3 |
| 04/21/08 | Conference with Ronald Sim; telephone call to Richard Menaker re potential settlement; review draft agreement | VSP | .3 |
| 04/22/08 | Prepare final revisions to motion to strike declaration of service; coordinate filing of same | VSP | .5 |
| 04/22/08 | Telephone conference with Dick Menaker; conference with Vanessa Power | JRS | .3 |
| 04/29/08 | Conference with Ronald Sim re case status; prepare correspondence to | VSP | .3 |



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
Telephone (206) 624-0900
Fax (206) 386-7500
Billing Inquiries 1-800-305-8453

| 0049024 | PETRAGLIA, CAROL | INVOICE DATE | 05/12/08 |
|---|---|---|---|
| 00001 | MALONE, et al. v. CLARK NUBER, P.S., et al. | INVOICE NUMBER | 3310686 |
| | | | JRS |

Employer's Identification No. 93-0408771

| DATE | CURRENT SERVICES THROUGH 04/30/08 | ATTY | HOURS |
|---|---|---|---|
| | Richard Menaker re Mark Wilson's request to continue motion to strike | | |
| 04/30/08 | Telephone conference with Richard Menaker re case status; telephone conference with Mark Wilson re request for continuance | VSP | .4 |

**TOTAL CURRENT SERVICES**      **$4,075.00**

| TIME RECAP | HOURS | RATE |
|---|---|---|
| VANESSA S POWER (VSP) | 7.7 | 350 |
| J. RONALD SIM (JRS) | 3.0 | 460 |
| TIMEKEEPER TOTALS | 10.7 | |



**STOEL RIVES LLP**
ATTORNEYS AT LAW

ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3600
SEATTLE, WA 98101-3197
Telephone (206) 624-0900
Fax (206) 386-7500
Billing Inquiries 1-800-305-8453

0049024       PETRAGLIA, CAROL                                  INVOICE DATE       05/12/08
00001         MALONE, et al. v. CLARK NUBER, P.S., et al.       INVOICE NUMBER     3310686
                                                                                   JRS

Employer's Identification No. 93-0408771

## CURRENT DISBURSEMENTS AND OTHER CHARGES THROUGH 04/30/08

| DATE | ITEM | AMOUNT |
|---|---|---|
| 04/10/08 | Photocopies | .72 |
| | **TOTAL CURRENT CHARGES** | **$0.72** |

Client: 0049024 PETRAGLIA, CAROL

Matter: 00001 MALONE, et al. v. CLARK NUBER, P.S., et al.

| Date | Atty | Hours | Value | Location | XX | Status | Narrative |
|---|---|---|---|---|---|---|---|
| 05-02-2008 | JRS | 0.5 | 230.00 | S | | B | Review proposed settlement agreements; email to client and Dick Menaker; telephone conference with Mark Wilson; re-note motion |
| 05-13-2008 | VSP | 1.8 | 630.00 | S | | B | Review response to motion to strike and supporting declaration; conference with Ron Sim re same; prepare correspondence to Richard Menaker re same; begin drafting reply brief |
| 05-13-2008 | JRS | 0.7 | 322.00 | S | | B | Review response to motion to strike; email to counsel; review and revise Menaker declaration; conference with Vanessa Power |
| 05-14-2008 | VSP | 1.1 | 385.00 | S | | B | Draft reply brief; legal research re same; revise brief and declaration of Carol Petraglia |
| 05-14-2008 | JRS | 1.0 | 460.00 | S | | B | Review and revise responsive pleading; draft Petraglia declaration; conference with Vanessa Power |
| *TOTAL* | | 5.1 | 2,027.00 | | | | |

Client: 0049024 PETRAGLIA, CAROL

Matter: 00001 MALONE, et al. v. CLARK NUBER, P.S., et al.

| Date | Quantity | Value | Cost Code | Status | Narrative |
|---|---|---|---|---|---|
| 05-12-2008 | 8.00 | 0.96 | 040 | B | Photocopies |
| *- TOTAL -* | | 0.96 | | | |