UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MALONE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK NUBER, P.S., *et al.*,<br><br>Defendants. | Case No. C07-2046RSL<br><br>ORDER REQUESTING RESPONSE TO MOTION FOR RECONSIDERATION FILED BY THE ENTERPRISE DEFENDANTS |

This matter comes before the Court on the Enterprise Defendants' motion for reconsideration of the Court's June 23, 2008 order granting in part and denying in part motions to dismiss filed by several defendants (Dkt. #118, the "Order"). In the motion, the Enterprise Defendants argue that the Court lacks personal jurisdiction over them with respect to plaintiffs' remaining state law claims. The parties' briefing regarding the motion to dismiss did not address whether personal jurisdiction would exist if the federal claims were dismissed.

Accordingly, the Court requests that plaintiffs file a response to the Enterprise Defendants' motion for reconsideration no later than August 18, 2008. The response must not exceed twelve pages in length and should focus on the issue of personal jurisdiction. The Enterprise Defendants may file a reply, not to exceed six pages, by August 22, 2008.

The Clerk of the Court is directed to renote the motion for reconsideration (Dkt. #131) on

ORDER REQUESTING RESPONSE - 1

the Court's calendar for August 22, 2008. The Clerk of the Court is further directed to remove from the motions calendar the Enterprise Defendants' Motion to Dismiss (Dkt. #128) because, in their motion for reconsideration, they have requested to withdraw that previously filed motion.

DATED this 1st day of August, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REQUESTING RESPONSE - 2